UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MICHAEL CELESTINE     CIVIL ACTION

VERSUS     NO. 11-1847

N. BURL CAIN, WARDEN     SECTION "N"(4)

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation filed by the petitioner on March 23, 2012 (Rec. Doc. No. 19), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Michael Celestine's petition for issuance of a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DENIED** and **DISMISSED WITH PREJUDICE** as time barred.

New Orleans, Louisiana, this 27th day of March, 2012.

UNITED STATES DISTRICT JUDGE